IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FAUSTINO ROBINSON,                    No. CIV.S-06-2152 GEB DAD PS

      Plaintiff,

  v.                                 ORDER

SERGEANT BEOR, et al.,

      Defendants.
_____/

        Plaintiff, proceeding in this action pro se, initiated this action by filing his complaint on September 28, 2006.  This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        While it appears that plaintiff may have intended to request leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff has not filed a complete application in this regard.  Plaintiff has submitted only one page of the required two-page application to proceed in forma pauperis.

/////

1

1           Accordingly, IT IS HEREBY ORDERED that within twenty (20)
2    days of the date of this order plaintiff shall pay the appropriate
3    filing fee or submit an affidavit making the showing required by 28
4    U.S.C. § 1915(a)(1).  The Clerk of the Court is directed to send
5    plaintiff an Application to Proceed Without Prepayment of Fees and
6    Affidavit along with a copy of this order.  Plaintiff is forewarned
7    that the failure to timely comply with the terms of this order will
8    result in a recommendation that this action be dismissed.
9    DATED: November 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\robinson2152.ifp.fee