IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FAUSTINO ROBINSON,

     Plaintiff,                    2:06cv2152-GEB-DAD-PS

     vs.

SERGEANT BEOR, et al.,

     Defendants.            <u>ORDER</u>

_____/

     Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

     On June 4, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed June 4, 2007, are adopted in full; and

2. This action is dismissed with prejudice for failure to state any claim upon which relief may be granted and for failure to bring the action within the applicable statute of limitations.

Dated: July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge